# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| In re: Athens/Alpha Gas Corporation, | ) | |
| a Texas Corporation, | ) | **AMENDED ORDER** |
| | ) | |
| Debtor. | ) | Case No. 1:05-mc-021 |

_____

Frank Woodside, a debtor, applied for court-appointed counsel in this matter. The court reviewed the financial affidavit submitted by Woodside and is satisfied that he qualifies for representation under 18 U.S.C. § 3006A.

Accordingly, the Federal Public Defender for the District of North Dakota is appointed to represent Woodside and not the corporation. The Defender's office is directed to file a Notice of Appearance designating the specific Assistant Federal Public Defender who will appear as counsel of record in this case.

**IT IS SO ORDERED.**

Dated this 4th day of May, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge

1