**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| In re: Athens/Alpha Gas Corporation, | ) | **AMENDED ORDER** |
| a Texas Corporation, | ) | |
| | ) | Case No. 1:05-mc-021 |
| Debtor. | ) | |

Before the Court is debtor Robert Woodside's Motion to Continue Trial filed on May 31, 2006. Woodside is requesting additional time to prepare for trial. Trial is currently scheduled for June 13, 2006. The Government does not oppose the motion. See Docket No. 26.

The Court **GRANTS** debtor Robert Woodside's Motion to Continue. (Docket No. 25). Trial shall be rescheduled for Wednesday, September 6, 2006, at 9:30 a.m. in Bismarck, North Dakota, before Judge Hovland. A three (3) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 6th day of June, 2006.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court